NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYCAMORE IP HOLDINGS LLC,**
*Plaintiff-Appellant*

**v.**

**AT&T CORP., AT&T SERVICES, INC., TELEPORT COMMUNICATIONS AMERICA, LLC, CENTURYLINK COMMUNICATIONS, LLC, LEVEL 3 COMMUNICATIONS, LLC, QWEST CORPORATION,**
*Defendants-Appellees*

---

2018-1997

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:16-cv-00588-WCB, 2:16-cv-00589-WCB, 2:16-cv-00590-WCB, 2:16-cv-00591-WCB, Circuit Judge William C. Bryson.

---

**JUDGMENT**

---

JOHN HUGHES, Bartlit Beck Herman Palenchar & Scott LLP, Denver, CO, argued for plaintiff-appellant. Also represented by SEAN C. GRIMSLEY, ABIGAIL MOSS HINCHCLIFF, GLEN E. SUMMERS; TAYLOR A.R. MEEHAN, Chicago, IL; ERIC PAUL BERGER, MICHAEL DEVINCENZO, Mishcon de Reya

New York LLP, New York, NY.

JEANNE M. HEFFERNAN, Kirkland & Ellis LLP, New York, NY, argued for all defendants-appellees. Defendants-appellees AT&T Corp., AT&T Services, Inc., Teleport Communications America, LLC also represented by LESLIE M. SCHMIDT, CHRISTOPHER DECORO; GIANNI CUTRI, Chicago, IL; WILLIAM H. BURGESS, Washington, DC.

JOSE L. PATINO, Foley & Lardner LLP, San Diego, CA, for defendants-appellees CenturyLink Communications, LLC, Level 3 Communications, LLC, Qwest Corporation. Also represented by CHRISTOPHER CARL BOLTEN.

─────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>July 15, 2019</u>                    <u>/s/ Peter R. Marksteiner</u>
Date                              Peter R. Marksteiner
                                  Clerk of Court